IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CRYSTAL FITEZ-SKEENS, | : | Case No. 3:17-cv-313 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 14), ADOPTING REPORT AND RECOMMENDATIONS (DOC. 12), AFFIRMING THE DENIAL OF BENEFITS AND TERMINATING THIS CASE**

---

This appeal from the denial of Social Security benefits is before the Court on the Objections (Doc. 14) filed by Plaintiff Crystal Fitez-Skeens ("Plaintiff") to Magistrate Judge Sharon L. Ovington's Report and Recommendations ("Report") (Doc. 12). In the Report, Magistrate Judge Ovington recommended that the Court affirm the ALJ's decision denying Plaintiff's application for Supplemental Security Income Disability Insurance Benefits and terminate this case. Plaintiff filed Objections (Doc. 14) to the Report. As the Court deems no response to the Objections necessary, this matter is ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Plaintiff's Objections to the Report are not well-taken and are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 12) and **AFFIRMS** the decision

denying Plaintiff's applications for benefits (protectively filed on June 23, 2014). This case is hereby **TERMINATED** on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, August 21, 2018.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE